◯ AO 458 (Rev. 10/95 - Rev. D, MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

*Charles Torres*

**APPEARANCE**

Case Number: 16-mj 4441

*filed in open court 12/13/16 LB*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *Charles Torres, for probable cause / detention only at this time.*

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☒ Retained
☐ Pro Bono

12.13.16
Date

Signature

Bruce Lingin  637413
Print Name                Bar Number

240 Commercial St #3A
Address

Boston   MA   02109
City     State    Zip Code

617 371.0880
Phone Number              Fax Number